### Stanley YOTHER v. STATE.
### No. 17062.

Court of Criminal Appeals of Texas.

Nov. 7, 1934.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. A plea of guilty was entered. The facts heard before the trial court are not brought forward for re-

view. No complaint of the procedure is presented by bills of exception or otherwise.

No error having been perceived or pointed out, the judgment is affirmed.